# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. CACE20-013295 (25)

**DONNA MARIE SNYDER,**

        Plaintiff,

vs.

**WALMART INC.**

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, DONNA MARIE SNYDER, by and through undersigned counsel and sues the Defendant, WALMART INC. and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, DONNA MARIE SNYDER, at all times material and relevant hereto was a resident of Margate, Broward County, Florida and is sui juris.

3. That the Defendant, WALMART INC. is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about August 30, 2019 the Plaintiff, DONNA MARIE SNYDER, was lawfully on the premises of the Defendant, WALMART INC. located at 3801 Turtle Creek Dr., Coral Spring, Broward County, Florida, as a business invitee.

5. That on or about August 30, 2019 the Defendant, WALMART INC. by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about August 30, 2019 the Defendant, WALMART INC. by and through its agents, employees, and/or servants, negligently and carelessly maintained

the above mentioned premises, to-wit:  The Plaintiff slipped and fell on a dirt substance, on the Defendants premises located at 3801 Turtle Creek Dr., Coral Spring, Broward County, Florida, causing the Plaintiff, DONNA MARIE SNYDER, to fall and seriously injure herself.

7. That the Defendant, WALMART INC. either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, DONNA MARIE SNYDER, of the existence of the dangerous condition.

8. That the Defendant, WALMART INC. had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, WALMART INC. was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, WALMART INC. failed to warn the Plaintiff, DONNA MARIE SNYDER, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, DONNA MARIE SNYDER, was known or reasonably foreseeable by the Defendant, WALMART INC. and the Plaintiff, DONNA MARIE SNYDER, neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, DONNA MARIE SNYDER, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, WALMART INC. the Plaintiff, DONNA MARIE SNYDER, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost

wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, WALMART INC. the Plaintiff, DONNA MARIE SNYDER, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, WALMART INC. and a trial by jury of all issues triable as a right by a jury.

DATED this 14th day of August, 2020.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY: /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:mc