## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-61880-UU

DONNA MARIE SNYDER,

      Plaintiff,

v.

WALMART STORES EAST L.P.,

      Defendant.

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court *sua sponte*.  The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On October 29, 2020, the Court ordered the parties to file their settlement papers, including any order of dismissal, no later than November 30, 2020.  D.E. 14.  The Court warned: "If such papers are not filed by this deadline, this matter will be DISMISSED without further notice."  *Id.* (emphasis in original).  As of the date of this order, the parties have not filed their settlement documents, and they have not moved for an additional extension.  It is, therefore

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE for failure to abide by the Court's Order, D.E. 14.  The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th__ day of December 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record via CM/ECF